**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-25508-CMG |
| Katherine Seaman | Chapter 13 |
| Debtor. | Judge Christine M. Gravelle |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Home Point Financial Corporation
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

Dated: August 20, 2019            /s/ D. Anthony Sottile
                                          D. Anthony Sottile
                                          Authorized Agent for Creditor
                                          Sottile & Barile, LLC
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Adolph P. Sicheri, Debtor's Counsel
    info@sicheri.com

    Albert Russo, Chapter 13 Trustee
    docs@russotrustee.com

    Office of the United States Trustee
    ustpregion03.ne.ecf@usdoj.gov

I further certify that on August 20, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Katherine Seaman, Debtor
    289 Oak Ave.
    West Creek, NJ 08092

                                      /s/ D. Anthony Sottile
                                      D. Anthony Sottile
                                      Authorized Agent for Creditor
                                      Sottile & Barile, LLC
                                      394 Wards Corner Road, Suite 180
                                      Loveland, OH 45140
                                      Phone: 513.444.4100
                                      Email: bankruptcy@sottileandbarile.com